ROBERT W. YOUNG, Respondent, *v.* VILLAGE OF POTSDAM, Appellant, et al., Defendants.

Submitted January 7, 1946; decided January 17, 1946.

*Allan L. Gurley* for motion.

*Charles D. Campbell* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SHAMOS, Appellant.

Submitted January 7, 1946; decided January 17, 1946.

Motion by appellant to amend remittitur denied. [See 294 N. Y. 948.]